UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 2 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Khaled M. Rashad )
DCDC #312227 )
1901 E Street S.E. )
Washington DC 20003 )
(Enter your full name, prison number
and address)

V.

D.C. Central Detention Facility et al
1901 D Street SE wash. DC 20003
U.S. Marshal Service et. al
333 Const. Ave. NW. wash DC 20001
CCA Correctional Treatment Facility
1901 E Street SE wash. DC 20003
(Enter the full name and address(es),
if known, of defendant(s) in this
action)

CIVIL ACT
(To be suppl
District Court)

Case: 1:07-cv-01673
Assigned To : Collyer, Rosemary M.
Assign. Date : 09/21/2007
Description: PRO SE GEN. CIVIL

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

Instructions for filing a Complaint by a Prisoner
Under the Civil Rights Act 42 U.S.C. §1983

This packet contains one copy of a complaint form and one copy of an application to proceed *in forma pauperis.* To start an action, you must file an original and one copy of this complaint form.

Your complaint must be clearly handwritten or typewritten and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space to answer a question, you may use another blank page.

Your complaint can be brought in this Court only if one or more of the named defendants is located within the District of Columbia. Further, you must file a separate complaint for each claim that you have unless they are related to the same incident or problem. The law requires that you state only facts in your complaint.

You must supply a certified copy of your prison trust account, pursuant to the provisions of 28 U.S.C. §1915, effective April 26, 1996. The filing fee is $150.00.. If insufficient funds exist in your prison account at the time of filing your complaint, the court **must** assess, and when funds exist, collect an initial filing fee equal to 20 percent of the greater of:

(1) the average monthly deposits to your prison account, or
(2) the average monthly balance of your prison account for the prior six-month period.

RECEIVED
AUG 3 0 2007
NANCY MAYER WHITTINGTON
U.S. DISTRICT COURT, CLERK

Thereafter, you are required to make monthly payments of 20% of the preceding month's income. The agency having custody over you must forward payments from your account to the clerk of the court each time the amount in the account exceeds $10.00 until the filing fees are paid.

Therefore, before an assessment can be made regarding your ability to pay, you **must** submit a certified copy of your prison account for the prior six-month period.

When this form is completed, mail it and the copies to the Clerk of United States District Court for the District of Columbia, 333 Constitution Ave., NW, Washington, D.C. 20001.

I.   SUCCESSIVE CLAIMS

Pursuant to the Prison Litigation Reform Act of 1995, unless a prisoner claims to be in "imminent danger of serious physical injury," he or she may not file a civil action or pursue a civil appeal *in forma pauperis* "if the prisoner has, on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or they failed to state a claim upon which relief could be granted."

II.  PREVIOUS LAWSUITS

   A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (✓)

   B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (✓)

   C.   If your answer to A or B is Yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.   Parties to this previous lawsuit.

         Plaintiffs:_____

         Defendants:_____

      2.   Court (if federal court, name the district; if state court, name the county)
         _____

      3.   Docket number_____

      4.   Name of judge to whom case was assigned:_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)_____

6. Approximate date of filing lawsuit:_____

7. Approximate date of disposition:_____

## III. PLACE OF CONFINEMENT

CCA/C.T.F. washington D.C.

A. Is there a prisoner grievance procedure in this institution?   Yes (✓)   No ( )
   If your answer is Yes, go to Question III B. If your answer is No, skip Question III B,C and D and go to Question III E.

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?
   Yes (✓)   No ( )

C. If your answer is Yes to Question III B;

   1. To whom and when did you complain? To D.C. Jail on April, May 2007 but no respond from D.C. Jail, And CCA/C.T.F. on June, July 2007 and the only respond was: my property and my legal papers and evidence DESTROYED!

   2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.)   Yes (✓)   No ( )

   3. What, if any, response did you receive? (Furnish copy of response, if in writing.) The response was: All my property and my legal papers DESTROYED.

   4. What happened as a result of your complaint? Nothing

D. If your answer is No to Question III B, explain why not. _____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?   Yes ( )   No ( )

F. If your answer is Yes to Question III E;

1. To whom and when did you complain? On April, May 2007 I complaint at DC Jail to: The Warden and Chief casemanager and supperviser Case manager and Lieutenant Henry and Lieutenant Bishop

2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.)

3. What, if any, response did you receive? (Furnish copy of response if in writing) No

4. What happened as a result of your complaint? No Thing.

IV. PARTIES

In item A below, place your name and prison number in the first blank and your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of Plaintiff: Khaled M. Rashad DCDC# 312227
   Address: 1901 E Street SE Washington DC 20003

In item B below, place the full name of the defendant(s) in the first blank, their official position in the second blank, their place of employment in the third blank and their address in the fourth blank. Do the same for additional defendants, if any.

B. Defendant: DC Central Detention Facility is employed as _____ at
   Address: 1901 D Street SE Washington DC 20003

   Defendant: US Marshal Service is employed as _____ at
   Address: 333 Constitution Avenue NW Washington DC 20001

   Defendant: CCA Correctional Treatment Facili is employed as _____ at
   Address: 1901 E Street SE Washington DC 20003

   Defendant: _____ is employed as _____ at _____
   Address: _____

## V. STATEMENT OF CLAIM

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include the names of other persons involved, dates and places. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra sheets if necessary.

The individuals at DC Jail and U.S Marshal service and CCA/CTF, Coused me to lose valuable evidence in my case I still need it and lose property and to be tranported out of state to experience painful, unnecessary hard ship trying to get back before my court date. All that Just by mistake! And my phone rights was wrongfully violated.

## VI. RELIEF

State briefly exactly what you want the Court to do for you.

I respectfully repuset the courts to assign someone to investigate and locate my legal papers "EVIDENCE relevant to my open case in court and, why I could make any phone calls in the same day I was arrested and, to be reimbursed for my personal property.
Plaintiff seeking monetory damages of $75,000.00 (Seventy Five Thousand dollars).
Plaintiff also seeking punitive damages in the sum of $375,000.00 (Three hundred seventy five thousand dollars) for pain suffering hard ship, and loosing vital evidence needed in my case.

Signed this __8__ day of __August__, 2007.

_Shame'Ka C. Bivens_   8/14/07
SHAME'KA C. BIVENS
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 30, 2011

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct

__8/8/07__
(Date)

_____
(Signature of Plaintiff)

BP-8.052 **ADMINISTRATIVE DETENTION ORDER** CDFRM
MAY 94
**U.S. DEPARTMENT OF JUSTICE**                                              **FEDERAL BUREAU OF PRISONS**

J. of D

TO: Special Housing Unit Officer                    Institution  FDC PHILADELPHIA
                                                    Date/Time:   03/27/07  12:30 AM
FROM: D. SEYMOUR/LIEUTENANT
_____, (Name/Title)

SUBJECT: Placement OF <u>Rashad, Khaled</u> NO. <u>64104-053</u> Administrative Detention

_____ (a) Is pending a hearing for a violation of Bureau regulations;
_____ (b) Is pending investigation of a violation of Bureau regulations;
_____ (c) Is pending investigation or trial for a criminal act;
_____ (d) Is to be admitted to Administrative Detention

_____ (1) Since the inmate has requested admission for protection;

I hereby request placement in Administrative Detention for my own protection.

Inmate Signature/Register No.: _____

Staff Witness Printed Name Signature: _____

_____ (2)    Since a serious threat exists to individual's safety as perceived by staff,
               although person has not requested admission; referral of the necessary information
               will be forwarded to the UDC/DHO for appropriate hearing.

_____ (e) Is pending transfer or is in holdover status during transfer.
_____ (f) Is pending classification; or Review
_____ (g) Is terminating confinement in Disciplinary Segregation and has been ordered into
Administrative Detention by the Warden's designee.

It is this officer's decision based on all the circumstances that the above named inmate's continued
presence in the general population poses a serious threat to life, property, self, staff, other
inmates, or to the security or orderly running of the institution because*

<u>YOU ARE BEING PLACED IN ADMINISTRATIVE DETENTION FOR DECLARING A HUNGER STRIKE. YOUR FOOD/LIQUID
WILL BE MONITORED.</u>
Therefore, the above named inmate is to be placed in Administrative Detention until further Notice.
The inmate received a copy of this Order on (date/time) <u>03/27/07 5:00 A.M.</u>
Staff Witness Signature/Printed Name _A. Sulla_/A. FIELDS Date <u>03/27/07</u>

*In the case, reference to that order is sufficient. In other cases, the officer will make an
independent review and decision, which is documented here.

Record Copy - Inmate Concerned (not necessary if placement is a result of holdover status); Copy -
Captain; Copy - Unit Manager; Copy - Operation Supervisor - Administrative Detention Unit; Copy -
Central File

(This form may be replicated via WP)

Replaces BP-308(52) of JAN 88

CMCF

Grievance No.: 853

Form 14-5A - For Official Use Only

**CCA INMATE/RESIDENT GRIEVANCE FORM**
**FORMA DE AGRAVIO DE PRESIDIARIO/RESIDENTE DE CCA**

Name, *Nombre* (Print): Rashad **Last Name** Khaled **First** M. **Middle Initial**

Number (*Numero*): 312227     Housing Assignment (*Alojamiento de Asignacion*): D4-A

INFORMAL RESOLUTION ATTEMPTED?   Yes _____   No (circled)   JUN 8 PM 1:00
(*LA RESOLUCION INFORMAL INTENTO?*) *Si* _____   *No* _____
NAME OF STAFF CONTACTED (*NOMBRE DE PERSONAL SE PUSO EN COTACTO*): _____

**STATE GRIEVANCE** (*EL AGRAVIO ESTATAL*) (Include documentation, witnesses, date of incident and any other information pertaining to the grievance subject. Attach additional pages if necessary).

I need someone to investgate where my legal pepers and my property (canteen, Books, clothes etc.) That because They moved me To New York on march, 26-2007 by mistake. (I have some evidence for my case with my legal per...

**Requested Action** (*Accion Solicitada*):

Inmate/Resident's Signature: [signature]
(*Firma de Presidiario/Residente*)
Date Submitted: 6/8/7
(*Fecha Presentada*)

**GRIEVANCE OFFICER'S REPORT** (*EL INFORME DEL OFICIAL DE AGRAVIO*)

Property Officer L. Brown states that he does not have any property belonging to inmate Rashad. Inmate Rashad left this facility on 3/22/07. He returned to this facility on 5/23/07. All property is destroyed after it has not been picked up by who ever the inmate designate to do so.

**GRIEVANCE OFFICER'S DECISION** (*LA DECISION DEL OFICIAL DE AGRAVIO*)

Grievance Denied, CCA/CMCF has no property

Grievance Officer's Signature: B. Allen     Date: 6/15/07
Inmate/Resident's Signature (upon receipt): [signature]   Transferred    Date: 6/15/07
*Firma de Presidiario/Residente (sobre recibo)*    C. Bent 6/19/07    *Fecha*: 6/19/07
APPEAL (*PETICION*):   Yes *Si* _____    No _____
STATE REASON(S) FOR APPEAL (*RAZONES TATAL DE PETICIO*): _____

**WARDEN/ADMINISTRATOR'S RESPONSE** (*RESPUESTA DE GUARDIAN/ADMINISTRADOR*)

Warden/Administrator's Signature: _____    Date: _____
Inmate/Resident's Signature (upon receipt): _____    Date: _____
*Firma de Presidiario/Residente (sobre recibo)*    *Fecha*: _____

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

07-1673
RMC

## I (a) PLAINTIFFS

Khaled M. Rashad

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  11001
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PR)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

# 312227

## DEFENDANTS

D.C. Central Detention Facility, et al.,

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

Case: 1:07-cv-01673
Assigned To : Collyer, Rosemary M.
Assign. Date : 09/21/2007
Description: PRO SE GEN. CIVIL

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☒ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/* 2255<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 USC 1983

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   **DEMAND $** 450,000   Check YES only if demanded in complaint JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction) ☐ YES ☒ NO   If yes, please complete related case form.

DATE 9/21/07   SIGNATURE OF ATTORNEY OF RECORD  NCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd