# UNITED STATES DISTRICT COURT

District of  COLUMBIA

**FILED**
SEP 2 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Khaled M. Rashad

Plaintiff

v.

DC Detention Facility et al.,

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 07 1673

I, Khaled M. Rashad declare that I am the (check appropriate box)
☐ petitioner/plaintiff/movant/respondent  ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒ Yes  ☐ No  (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  Correctional Treatment Facility

   Are you employed at the institution?  No  Do you receive any payment from the institution?  No

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?  ☐ Yes  ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.  2003 - pizza bdi's  417 8th St SE wash, DC 20003  $9000.00 - year

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment  ☐ Yes  ☒ No
   b. Rent payments, interest or dividends  ☐ Yes  ☒ No
   c. Pensions, annuities or life insurance payments  ☐ Yes  ☒ No
   d. Disability or workers compensation payments  ☐ Yes  ☒ No
   e. Gifts or inheritances  ☐ Yes  ☒ No
   f. Any other sources  ☐ Yes  ☒ No

   RECEIVED
   AUG 3 0 2007
   NANCY MAYER WHITTINGTON, CLERK
   U.S. DISTRICT COURT

If the answer to any of the above is "Yes" describe on the following page, each source of money and state the amount received and what you expect you will continue to receive.

2

Inmate: RASHAD, KHALED
Booking #: 957032          Permanent ID: 878070

| | |
|---|---|
| Current Balance | 34.01 |
| Escrow Balance | .00 |
| Restricted Commissary Purchase Amount | .00 |

| | |
|---|---|
| CCA RESTITUTION | .00 |
| MEDICAL VISIT CO-PAYMENT | .00 |
| AGENCY FINES | .00 |
| MISC COST RECOVERY | .00 |
| | .00 |
| | .00 |
| | .00 |
| | .00 |
| | .00 |
| | .00 |

Inmate Account Balance Cannot Go Below This Amount: .00

Case 1:07-cv-01673-RMC    Document 2    Filed 09/21/2007    Page 2 of 2