**In The U.S. District Court
For the District of Columbia**

RECEIVED

NOV 2 7 2007

NANCY M̲.̲ ̲.̲.̲ ̲.̲ ̲.̲.̲TTINGTON, CLERK
U.̲.̲ ̲.̲.̲.̲TRICT COURT

Khaled M. Rashad Shabban )
                                  )
     Plaintiff, )
                                  )
     V. ) **Civil Action No. 07-1673**
D.C. Central Detention Facility et al., )
      Defendants. )

## Motion for Plantiff to Retain Legal Papers

Plaintiff Khaled M. Shabban hereby moves this court to order him to retain his legal papers if he moves to another jail.

    1. On September 25, 2006, the Plaintiff arrested at JFK. Airport when he was coming with his 5 five year's Old son from Egypt to the United States,

    2. Plaintiff is an Egyptian citizen and he does not have an American residence and has no one that he could send his legal papers if he was to be moved to another Jail. The U.S. Marshals are not going to allow him to carry his file jacket (legal papers) with him.

    3. On March 26, 2007 was moved by mistake from CTF to New York and the US Marshal did not allow him to carry his legal papers, and his legal papers were destroyed.

**WHERE FOR, for the above and noted reasons the Plaintiff respectfully requests that the court allow the Plaintiff to carry his legal paper work and his religious book, with him in the event of him being moved from facility to facility.**

**Respectfully Submitted,**

November 20, 2007

**Khaled M. Rashad Shabban**

## IN the United States District Court
## For The District of Columbia

Khaled M. Rashad Shabban      )
                                       )

    Plaintiff,                )
                                       )

    V.                           ) Civil Action No. 07-1673
                                       )

D.C. Central Detention Facility et al., )
    __Defendant.__               )

## ORDER

Upon Consideration of Plaintiff's Motion to retain legal papers and religious book, the memorandum of points and authorities in support thereof , any response thereto and the entire record in this matter, is this ------ day of --------------------- ,2007 hereby

    **ORDER**

## UNITED STATES DISTRICT JUDGE.