IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHALED M. RASHAD<br>DCDC # 312227<br>1901 E. Street S.E.<br>Washington, D.C. 20003<br>       Plaintiff,<br><br>      v.<br><br>D.C. CENTRAL DETENTION FACILITY,<br>et al.<br>1901 D. Street S.E.<br>Washington, D.C. 20003<br><br>U.S. MARSHAL'S SERVICE<br>333 Constitution Ave. N.W.<br>Washington, D.C. 20001<br><br>C.C.A. CORRECTIONAL TREATMENT<br>FACILITY<br>1901 E. Street, S.E.<br>Washington, D.C. 20003<br><br>       Defendants. | Civil Action No. 07-1673 (RMC) |

**DEFENDANT'S U.S. MARSHAL SERVICE'S MOTION FOR ENLARGEMENT OF TIME**

    Defendant U.S. Marshals Service, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, respectfully moves this Court for an enlargement of time up to and including January 18, 2007, to file its answer or other response to the complaint. Under LCvr 7(m) there is no duty to confer with the plaintiff prior to filing of this motion, since plaintiff is an incarcerated party appearing pro se.

    The additional time is requested because counsel has not yet received all materials needed for the preparation of an answer or other response from agency counsel.

This request for enlargement is made in good faith and is in no way designed to delay the proceedings.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
Assistant United States Attorney


_____
RUDOLPH CONTRERAS, D.C. Bar # 434122


__/s/_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Bldg.
555 4th Street, N.W., E-4106
Washington, D.C. 20530

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st of December, 2007 that plaintiff was served by

First Class, prepaid postage, U.S.P.S. mail to:


Khaled M. Rashad
DC# 312227
CTF
1901 E. Street, S.E.
Washington, D.C. 20003


    /s/_____
Wyneva Johnson
Assistant United States Attorney
555 4th Street, N.W., E-4106
Washington, D.C. 20530
(202) 514-7224

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **KHALED M. RASHAD** ) <br> **DCDC # 312227** ) <br> **1901 E. Street S.E.** ) <br> **Washington, D.C. 20003** ) <br>         Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> **D.C. CENTRAL DETENTION FACILITY,** ) <br> et al. ) <br> **1901 D. Street S.E.** ) <br> **Washington, D.C. 20003** ) <br> ) <br> **U.S. MARSHAL'S SERVICE** ) <br> **333 Constitution Ave. N.W.** ) <br> **Washington, D.C.  20001** ) <br> ) <br> **C.C.A. CORRECTIONAL TREATMENT** ) <br> **FACILITY** ) <br> **1901 E. Street, S.E.** ) <br> **Washington, D.C. 20003** ) <br> ) <br>         **Defendants.** ) <br> ) | Civil Action No. 07-1673 (RMC) |

**ORDER**

UPON CONSIDERATION of Defendant, U.S. Marshals Service's, Motion for an Enlargement of Time, and the entire record in this case, this _____ day of _____, 2007.

ORDERED that the motion is granted; and it is

FURTHER ORDERED that defendant, U.S. Marshals Service may have up to and including January 18, 2007, to file its answer or other response to the complaint.

_____                            _____
Date                                                UNITED STATES DISTRICT JUDGE

Copies to:

Defendant's Attorney

WYNEVA JOHNSON                                      KHALED M. RASHAD
Assistant United States Attorney                    DCDC #312227
555 Fourth Street, N.W., E-4106                     1901 E. Street, S.E.
Washington, DC 20530                                Washington, D.C. 20003