UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KHALED M. RASHAD, | : | |
| | : | Case Number: 2007-cv-1673(RMC) |
| Plaintiff, | : | Judge: Rosemary M. Collyer |
| | : | |
| v. | : | |
| | : | |
| D.C. CENTRAL DETENTION | : | |
| FACILITY, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

**DEFENDANT D.C. CENTRAL DETENTION FACILITY'S MOTION TO DISMISS THE COMPLAINT**

The District of Columbia Central Detention Facility[1], by and through its attorney, the Office of the Attorney General for the District of Columbia, hereby moves this Court, pursuant to Fed. R. Civ. P. 12(b)(2), to dismiss the Complaint because it is *non sui juris*. The District does not waive service, or any other claims of deficiency about the Complaint, by this filing. The District reserves the right to further respond to a properly-served complaint against the proper party or parties. The District respectfully requests this Honorable Court to dismiss the complaint for the reasons stated in the accompanying memorandum of points and authorities.

---

[1] The D.C. Central Detention Facility is not an independent agency of the District of Columbia. Rather, it is a correctional facility operated by the D.C. Department of Corrections. Additionally, the Correctional Treatment Facility is a privately operated facility run by the Corrections Corporation of America.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


\_\_\_/s/ Phillip A. Lattimore, III_____
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation, Section III
Civil Litigation Division


\_\_ /s/  Kerslyn D. Featherstone _____
KERSLYN D. FEATHERSTONE [422968]
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
P(202) 724-6600
F(202) 727-3625


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 2, 2008, a copy of the foregoing Motion to Dismiss, Memorandum of Supporting Points and Authorities and proposed order were mailed postage prepaid to:

Khaled M. Rashad
DC#312227 CTF
1901 E Street, S.E.
Washington, DC  20003
*Plaintiff*

 \_/s/ *Kerslyn D. Featherstone*_____
 Kerslyn D. Featherstone
 Assistant Attorney General

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KHALED M. RASHAD,** | : |
| | : Case Number: 2007-cv-1673(RMC) |
| **Plaintiff,** | : Judge: Rosemary M. Collyer |
| | : |
| vi. | : |
| | : |
| **D.C. CENTRAL DETENTION FACILITY,** *et al.,* | : |
| | : |
| **Defendants.** | : |
| | : |

**MEMORANDUM IN SUPPORT OF DEFENDANT'S
MOTION TO DISMISS THE COMPLAINT**

The defendant submits this memorandum of points and authorities in support of its Motion to Dismiss because plaintiff has sued the D.C. Central Detention Facility, which is not an independent agency within the District of Columbia, and which cannot be sued in its own capacity. Therefore, plaintiff's claim lacks personal jurisdiction. *See* Fed. R. Civ. P. 12(b)(2). Furthermore, plaintiff has not named the District of Columbia[2] as a party to this suit. Therefore, the complaint should be dismissed.

**RELEVANT FACTS**

On September 21, 2007, plaintiff filed a complaint with this court alleging that "individuals at D.C. Jail [,] [the] U.S. Marshal Service, and CCA/CTF, caused [him] to lose valuable evidence in [his] case." *See* Complaint at Section V. Moreover, plaintiff alleges that as a result of being transported out-of-state, he experienced unnecessary hardship trying to get back [to the District of Columbia] before his court date and that his phone rights were wrongfully violated. *Id.* According to court records, the named

---

[2] The District is not waiving service by responding to Plaintiff's complaint. Further, the District reserves the right to respond when, and if, it is properly named and served.

defendants in plaintiff's complaint are the D.C. Central Detention Facility, U.S. Marshal Service, and CCA Correctional Treatment Facility[3]. On November 1, 2007, plaintiff served the Office of the Attorney General for the District of Columbia. On December 12, 2007, plaintiff served the Office of the Mayor. The District of Columbia now submits this response.

## ARGUMENT

**A.     Plaintiff Has Named a Non-Suable Defendant to This Action.**

Agencies and departments within the District of Columbia cannot be sued as separate entities. *Cmty. Hous. Trust v. Dep't of Consumer & Regulatory Affairs*, 257 F. Supp. 2d 208, 217 (D.D.C. 2003). "The overwhelming weight of precedent in this Circuit holds that 'in the absence of explicit statutory authorization, bodies within the District of Columbia government are not suable as separate entities.'" *Wilson-Greene v. Dep't of Youth Rehab. Servs.*, 2007 U.S. Dist. LEXIS 49073, * 5 (D.D.C. 2007), *citing Daskalea v. Washington Humane Society*, 480 F.Supp.2d 16, 22 (D.D.C. 2007)(*quoting Kundrat v. District of Columbia*, 106 F.Supp.2d 1, 7 (D.D.C.2000). The District of Columbia Central Detention Facility that Plaintiff has named to this action is *non sui juris* because it is merely an entity within the District of Columbia government. As such, the Court lacks personal jurisdiction and the complaint should be dismissed pursuant to Fed. R. Civ. P. 12(b)(2).

**WHEREFORE**, for the foregoing reasons, Defendant respectfully requests this Honorable Court dismiss the complaint against the D.C. Central Detention Facility.

---

[3] The Correctional Treatment Facility is privately operated by the Corrections Corporation of America on behalf of the District of Columbia and is an entity that can be individually sued.

4

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division


        ____/s/ Phillip A. Lattimore, III_____
        PHILLIP A. LATTIMORE, III [422968]
        Chief, General Litigation, Section III
        Civil Litigation Division


        __ /s/  Kerslyn D. Featherstone_____
        KERSLYN D. FEATHERSTONE [422968]
        Assistant Attorney General
        441 4th Street, N.W.
        6th Floor South
        Washington, D.C. 20001
        P(202) 724-6600
        F(202) 727-3625

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 2, 2008, a copy of the foregoing Motion to Dismiss, Memorandum of Supporting Points and Authorities and proposed order were mailed postage prepaid to:

Khaled M. Rashad
DC#312227 CTF
1901 E Street, S.E.
Washington, DC  20003
*Plaintiff*

         /s/ *Kerslyn D. Featherstone*_____
        Kerslyn D. Featherstone
        Assistant Attorney General

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **KHALED M. RASHAD,** | : | |
| | : | **Case Number: 2007-cv-1673(RMC)** |
| **Plaintiff,** | : | **Judge: Rosemary M. Collyer** |
| | : | |
| vii. | : | |
| | : | |
| **D.C. CENTRAL DETENTION FACILITY,** *et al.,* | : | |
| | : | |
| **Defendants.** | : | |
| _____ | : | |

## ORDER

Upon consideration of the D.C. Detention Facility's Motion to Dismiss, any opposition thereto, and the entire record herein, it is this _____ day of _____, 2008, hereby:

**ORDERED**: that D.C. Detention Facility's Motion to Dismiss is **GRANTED**; and it is

**FURTHER ORDERED**: that all claims against D.C. Central Detention Facility is **DISMISSED**, with prejudice.

**SO ORDERED.**

                                                       _____
                                                     The Honorable **Rosemary M. Collyer**
                                                     Judge, U.S. District Court for the District of
                                                     Columbia

Copies to:
Kerslyn D. Featherstone
Assistant Attorney General
441 4th Street, N.W., Suite 600-S

Washington, DC  20001

Khaled M. Rashad
DC#312227 CTF
1901 E Street, S.E.
Washington, DC  20003