UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| KHALED M. RASHAD, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-1673 (RMC) |
| D.C. CENTRAL DETENTION FACILITY, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

This matter comes before the Court on defendant D.C. Central Detention Facility's motion to dismiss under Rule 12(b)(2) of the Federal Rules of Civil Procedure on the ground that it is *non sui juris*. *See* Memorandum in Support of Defendant's Motion to Dismiss the Complaint at 4. It is true that "[a] noncorporate department or other body within a municipal corporation is not *sui juris*." *Braxton v. Nat'l Capital Housing Auth.*, 396 A.2d 215, 216 (D.C. 1978); *see Kundrat v. District of Columbia*, 106 F. Supp. 2d 1, 5 (D.D.C. 2000) (listing various District of Columbia agencies that are *non sui juris*). The Central Detention Facility, then, is not a proper party to this action. *See, e.g., Heenan v. Leo*, No. 05-0958, 2007 WL 4210216, at *2 (D.D.C. Nov. 30, 2007) (granting motion to dismiss Metropolitan Police Department as a party defendant). The Court will deny defendant's motion, however, and, *sua sponte*, will substitute the District of Columbia as the party defendant. Further, the Court will direct the Clerk of Court to issue summonses, and to effect service of process on the District of Columbia.

Accordingly, it is hereby

**ORDERED** that defendant's motion to dismiss the complaint [Dkt. # 11] is **DENIED**; and it is

**FURTHER ORDERED** that the D.C. Central Detention Facility is dismissed as a party to this action, and that the District of Columbia shall be substituted in its place; and it is

**FURTHER ORDERED** that the Clerk of Court shall issue appropriate summonses and shall effect service of process on the Mayor and the Attorney General of the District of Columbia.

**SO ORDERED**.

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

Date: January 9, 2008