IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHALED M. RASHAD ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1673 (RMC) |
| ) | |
| U.S. MARSHALS SERVICE et al. ) | |
| ) | |
| Defendants. ) | |

## ERRATA

Defendant United States Marshals Service hereby submits an Errata for Docket No. 13 in which the Certificate of Service was not attached.. A Certificate of Service is now attached to Defendant United States Marshals Service' Motion to Dismiss and served upon Plaintiff.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


 /s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

        /s/
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
555 4th Street, N.W., E-4106
Washington, D.C. 20530

Of Counsel

Cedric D. Bullock
Associate General Counsel
United States Marshals Service

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th of January, 2007 that plaintiff was served by

First Class, prepaid postage, U.S.P.S. mail to:

Khaled M. Rashad
DC# 312227
CTF
1901 E. Street, S.E.
Washington, D.C. 20003

                                                                             __/s/_____
                                                                             Wyneva Johnson
                                                                             Assistant United States Attorney
                                                                             555 4th Street, N.W., E-4106
                                                                             Washington, D.C. 20530
                                                                             (202) 514-7224