Case # CV-07-1673 (RMC)

Khaled M. Rashad Shabban
1901 E Street. S.E.
Washington D.C. 20003
D.C.D.C. # 312-227
January 14, 2008

United States District Court
For the District of Columbia
Clerks Office
333 Constitution Avenue NW
Washington DC 20001

Dear Sir / Madam

I am a defendant with little command of the English language and, U.S. legal system.
I am defendant who is presenting him self, I cannot offer an attorney, and I have no family in USA, and I cannot get any help from my friend because of their concern from the FBI. I do not know what to do with my case CV-07-1673(RMC) I do not know when I have to filed motions, and how I get response for my motions, and what I should do if I did not receive any response for my motions, and what kind of motion I should file if I did not get response.

Please inform me if I have to file a separate complaint against CCA Correctional Treatment Facility or my complaint (CV-07-1673) is fine.

Please inform me what happened with this motion:
  **Motion for Plaintiff to Retain Legal Papers.**
And what I should do if it denied.

Respectfully Submitted

Khaled M. Rashad Shabban

**RECEIVED**

JAN 1 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT