## In The U.S. District Court
## For the District of Columbia

| | |
|---|---|
| Khaled M. Rashad Shabban )<br> )<br>    Plaintiff,     )<br> )<br>    V.     )<br> ) <br>   District of Columbia    )<br>(DC Central Detention Facility) et al., )<br>    Defendants.     ) | Civil Action No. 07-1673 |

**PLAINTIFF KHALED M. RASHAD SHABBAN MOTION TO ADD OR REPLACE / PROPERLY NAME DEFENDANT D.C. CENTRAL DETENTION   FACILITY WITH / AS DISTRICT OF COLUMBIA GOVERNMENT IN THE ABOVE   REFERENCED CASE NUMBER**

    I am a plaintiff with little command of the English language and, U.S. legal system.

I have no attorney and I cannot offer an attorney, and if I had been provided / appointed with counsel, he / she would have informed me of regulation:  Fed – R – CIV – P.
12 (b) (2) and that my complaint was non sui juries.

The District of Columbia states that they reserve" the right to further respond to parties." My complaint is accurate and concrete; therefore has not change. Now that I have received clarity, as to whom my complaint is against.

RECEIVED

JAN 1 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I respectfully requested this honorable court to move forward with case Number: 2007 – CV – 1673 (RMC);

KHALED M. RASHAD SHABBAN
    PLAINTIFF
        V.
DISTRICT OF COLUMBIA GOVERNMENT
(CENTRAL DETENTION FACILITY), et al.,
    DEFENDANTS.

Respectfully Submitted

1/14/08

**Khaled M. Rashad Shabban**

1/14/08

In The U.S. District Court
For the District of Columbia

Khaled M. Rashad Shabban )
)
    Plaintiff, )
)
V. )
) Civil Action No. 07-1673
District of Columbia )
(DC Central Detention Facility) et al., )
    Defendants. )

## ORDER

**UPON CONSIDERATION OF PLAINTIFF'S MOTION TO ADD OR REPLACE / PROPERLY NAME DEFENDANT D.C. CENTRAL DETENTION FACILITY WITH / AS DISTRICT OF COLUMBIA GOVERNMENT IN THE ABOVE REFERENCED CASE NUMBER.**

The memorandum of points and authorities in support thereof, any response thereto and the entire record in this matter, is this ------ day of --------------------, 2007 hereby

**ORDER**

                                         **UNITED STATES DISTRICT JUDGE.**