United States District Court
For the District of Columbia

Khaled M. Rashad Shabban

V.

District of Columbia
DC Centeral Detention faciclty et.el.

Notice to the Clerk Office
as a notice to the Judge.
Notice to the Judge, as
a notice to the Clerk Offic

Civil Action No.cv-07-1673

Let this be filed RMColly 2/27/08

---

On march 26, 2007, while I was detained at CCA-CTF, the individuals at CCA-CTF and DCjail and United States Marshal Service, moved me to MCC New York, with out notice me in advance. I left all my property (Clothes, Commissary, Books, et), I took only my file jacket which contain legal papers and (A very important evidence for my open case). However the U.S. Marshal did not allow me to retain my file jacket, I was forced to leave my legal papers, in the same day (March 26, 2007), they took me to FDC Pheladelphia, and on March 31, 2007, they took me to MCC New York, however the individuals at MCC New York refused to receipt me because they said it is a mistake, I did not stay in MCC New York more then 30 minuts, and they send me back to FDC Pheladelphia.

On April 4, 2007, two U.S. Marshals came to FDC Pheladelphia and took me back to the District of Columbia. I asked for my legal papers and my evidence but no answer. I wrote moer then Five grievances, (Unfortunately), the only responce I recived for those grievances was on June 8, 2007, and the rasponce was that; all my property and my legal papers and evidence for my case were DESTROYED. On June 8, 2007, I filed another grievance to get someone to investigate what happened with my legal papers and my evidence. On june 14, 2007, I recived the responce and it was that; I have to file (lose or stolen property complaint).
On June 14, 2007, I filed (lose or stolen complaint), but no answer until now.
On june 23, 2007, the jury found me guilty in my criminal case No. 06-290, because I could not defend my self or prove that Iam innocent, because the individuals at CCA-CTF and DC jail and U.S. Marshals service DESTROYED my legal papers and my evidence and my important informations and documentation that I need it to prove that Iam innocent.
   (Iam indicated with International Parental Kidnapping
   because I took my son from America to Egypt for treatment, and the FBI arrested me when Iwas coming back
   to America with my son. Iam an Egyptian citizen not
   American citizen, if I kidnapped my son from America
   to Egypt, why I came back to America. Iam a father who
   loves his son and no any father loves his son and kidnapping his son and keep him away from his mother, what
   happened is misunderstanding between my son's mother
   and me.and because of this misundestanding she thought
   that she is not going to see her son any more, that is
   why she contacted the FBI, and she contacted the FBI
   because she is a good mother, and she was trying to

RECEIVED FEB 25 2008 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

> protect her son, that is her right. I cannot deny
> her right as a mother and also I cannot deny that
> she is the one who gave§ me the only chance I got to
> be a father for the most handsome and smart boy).
------------------------------------------------------

On August 8, 2007, I filed my Civil Action Complaint No. cv-2007--1673, on September 2007, I filed motion to retain my legal papers if I will be moved to another jail.

On January 30, 2008, the individuals at CCA-CTF and DC jail and U.S. Marshals service, moved me again to FDC Pheladelphia without notice me in advance, and again I was not allowed to retain my legal papers .
I present my self in court, I do not have an attorney, and that is why I have in my legal papers all the letters that I sent to court or recived from court or from the Egyptian embassy or from any legal organezations, also I have a copys from all my documentations and motions, also I have my appeal is tayped and is ready to be send to the District Court of Appeals.
They took all that from me, Iam presenting my self in court and my legal papers it mean for me every thing and without my legal papers, Iam not able to defend my self.
In my Criminal case Iam not guilty, because I did not Kidnapped my son, and my son's mother did the right thing when she contacted the FBI, and for me to be able to prove that, I need my legal papers and my evidence and I need a fair chance to defend my self

For this reasons above, I respectfuly request that the court to order the Clerk Office to send for me copy of my Civil Action Complaint No. cv-07-1673, and copys of all motions or responces or court orders or any legal mail related to this case No. cv-07-1673.

I respectfuly request that the court to order the Clerk Office to hold all the legal procedures for my Criminal case No. 06-290, until all the legal procedures in my Civil Action Complaint No. cv-07-1673 to be completed, because the civil action No. cv-07-1673 was filed only for the legal papers and evidence related to the Criminal case No. o6-290.

I respectfuly request that the court to grant my Civil Action Complaint No.cv-07-1673, because the individuals at CCA-CTF made it clear when they answered my grievance on June 8,2007, and they said that all my property and legal papers were DESTROYED!!!, I did not moved my self by mistake to FDC Pheladelphia and New York on March 26, 2007. I did not DESTROYED my legal papers and my evidence and my property.

I have a faith that the JUSTICE in the United States of America did not observing if Iam poor or riche, or illiterate or educated, citizen or alien.

The JUSTICE in the United States always protacting the rights for every one.

Respectfuly Submitted

Khaled M. Rashad Shabban
Reg. No. 64104053
Mashannon Valley Correctional Center
555  I. Cornell Drive
Philipsburg, PA  16866