UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHALED M. RASHAD,<br><br>      Plaintiff,<br><br>v.<br><br>D.C. CENTRAL DETENTION FACILITY, *et al.*,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 07-1673 (RMC)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

It is hereby

**ORDERED** that the Motion for Plaintiff to Retain Legal Papers [Dkt. #6] is **DENIED**. It is

**FURTHER ORDERED** that the Plaintiff's Motion to Order [Dkt. #18] is **GRANTED IN PART**. The Clerk of Court shall mail a copy of the docket sheet and the Complaint to Plaintiff at his current address of record. Counsel for Defendant United States Marshals Service shall re-serve its motion to dismiss no later than **March 17, 2008**. Plaintiff shall file his opposition or other response to this motion by **April 17, 2008**. Plaintiff is advised that, if he fails to file an opposition to Defendant's motion by April 17, 2008, the Court may treat the motion as conceded and summarily may dismiss this action as against the United States Marshals Service. In all other respects, Plaintiff's Motion is **DENIED WITHOUT PREJUDICE**.

      SO ORDERED.

Date: March 11, 2008

                                            /s/
                                ROSEMARY M. COLLYER
                                United States District Judge