IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHALED M. RASHAD ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1673 (RMC) |
| ) | |
| D.C. CENTRAL DETENTION FACILITY, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

Federal Defendant hereby informs the Court that it is serving its Motion to Dismiss once again upon the Plaintiff on March 13, 2008.  See attached Certificate of Filing.

Respectfully  submitted,

JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

/s/
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
555 4th Street, N.W., E - 4106
Washington, D.C. 20530
(202) 514-7224

Of Counsel:

Cedric D. Bullock
Associate General Counsel
12th Floor, CS-3
U.S. Marshals Service Headquarters
Washington, D.C.  20530-1000
Telephone (202) 353-8318
Facsimile (202) 307-9456
Cedric.Bullock@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the Federal Defendant's Notice of Filing and Motion to Dismiss were served on March 13, 2008, as ordered by the Court, by First Class, U.S. Mail, postage prepaid, to:

Khaled M. Rashad
Reg. No. 64104053
Mashannon Valley Correctional Center
555 I. Cornell Drive
Philipsburg, PA 16866


/s/
_____
Wyneva Johnson
Assistant United States Attorney
555 4th Street, N.W., E-4106
Washington, D.C. 20530
(202) 514-7224