United States District Court
For the District of Columbia

Khaled M. Rashad Shabban      :

        Plaintiff.   :

    v.                           :       Civil Action No. 07-1673(RMC)

                                  :       **RECEIVED**

D.C. Central Detention        :
Facility, et al.,                     MAR 2 4 2008
                                 :

        Defendants.  :       NANCY MAYER WHITTINGTON, CLERK
------------------------------:                  U.S. DISTRICT COURT

    Plaintiff Khaled M. Rashad Shabban's Motion for Extension
of time to be able to file his response to the Defendant
United States Marshal service's Motion to dismiss this
action, and to have a copy of the defendant's motion.

On January 30, 2008, the plaintiff Khaled M. Rashad Shabban was moved from the Correctional Treatment Facility CCA/CTF to FDC Philadelphia without notice in advance, and without him to be able to mail his legal papers to his destination.
The US Marshal service did not allowed the plaintiff to retain his legal papers. The plaintiff tried to explain the US Marshal that he have a open case in Court, and he is presenting him self. However the US Marshal did not listen to the plaintiff and forced him to leave his legal papers.
One of the legal materials that the plaintiff had lost in his legal papers was the defendant US Marshal Service's response and the Motion to dismiss this action. "The plaintiff recived this response and and this Motion on January 22, 2008". The plaintiff was have no chance to response to the defendant's motion, because he was moved on January 30, 2008, to FDC Pheladelphia, and the US Marshal took all his legal papers from him.
The plaintiff is seeking to the informations and the details to be able to response to the defendant's motion.

**Wherfore;** For the reasons above, the plaintiff Khaled M. Rashad Shabban respectfully request that the Court to granted his motion for extension of time to be able to response to the defendant's motion to dismiss this action.
The plaintiff respectfully request that the Court to order the **Clerk**

(1)

office to send for him a copys of:
1.) 11 Defendant's Motion to dismiss Complaint by DC Central Detention Facility.
2.) 12 Order denying 11 Defendant's Motion to dismiss the Complaint.
3.) **13 Motion to dismiss Memorandum of points and authorities by U.S. Marshal Service.**
4.) 15 Civil Statement from plaintiff.
5.) 17 Order advising pro se plaintiff, Khaled M. R. Shabban.
6.) **Copy of my Complaint" That one I typed on the computer".**

Respectfully Submitted

------------------------- March 17, 2008
Khaled M. Rashad Shabban
Reg. No. 641-040-53
Mashannon Valley Correctional Center
555 I Cornell Drive
Philipsburg, PA 16866