UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHALED M. RASHAD, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-1673 (RMC) |
| D.C. CENTRAL DETENTION FACILITY, *et al.*, | : |
| Defendants. | : |

### ORDER

It is hereby

**ORDERED** that the plaintiff's Motion for an Extension of Time [Dkt. #22] is **GRANTED IN PART**. Counsel for defendants United States Marshals Service and the District of Columbia shall re-serve their respective motions to dismiss on plaintiff at his current address of record, not the D.C. Jail, by **April 4, 2008**. Plaintiff shall file his opposition or other response to both motions by **May 9, 2008.** Plaintiff is advised that, if he fails to file an opposition to either defendant's motion by May 9, 2008, the Court may treat the motion as conceded and summarily may dismiss this action as against that defendant. In all other respects, plaintiff's motion is **DENIED WITHOUT PREJUDICE**.

**SO ORDERED**.

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

Date: March 31, 2008