United States District Court
For the District of Columbia

Khaled M. Rashad Shabban      :
                              :
          v.                  :
                              :   Civil Action No. 07-1673 RMC
D.C. Central Detention        :
Facility, et al.,             :
                              :
          Defendants.         :
                              :

Let this be filed RMCedly 5/5/08

**RECEIVED**

APR 3 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**The Plaintiff Khaled M. Rashad Shabban's Response to**

**The Defendant U.S. Marshals Service's Motion to Dismiss**

**The Plaintiff's Complaint**

The Plaintiff Khaled M. Rashad Shabban, Respectfully request thet the Court to Deny the Defendant's Motion to Dismiss this Action for the follow reasons:

1.) The Plaintiff has exhaust his adminstrative remedies as required to go forward with a claim.

2.) The Defendant has failed in his investigations to know the reason of this Complaint.

3.) The Defendant said in his memorandum of points and authoritise that the plaintiff was transported to the Moetropolitan Correction Center/New York for a **Psychiatric Examination**, where he stayed "In Moetropolitan Correction Center/New York" from March 26 to April 4, 2007. This is not true, because I did not stayed in M.C.C./New York more then **30 minutes**, and the individuals at M.C.C. New York said that is **MISTAKE** and I should not be in M.C.C.

4.) The Defendant are trying to moves this Court to dismiss this action leaning on wrong and un true informations.

5.) The Defendant did not realize the damages and the prejudice

that afflicted the plaintiff, below I listed some of this damages:

**a-** Lose or Destroy legal papers and a very important **Evidence** and informations that the plaintiff need it for his open case, cause the plaintiff to lose the chance to defend him self, and to prove that he is innocent.

**b-** The suffering and the pain during transporting the plaintiff from Correctional Treatment Facility C.C.A./C.T.F., to D.C. Jail and then to FDC Pheladelphia, and then to M.C.C. New York, and then returned back to FDC Pheladelphia then to D.C. Jail then to C.C.A./C.T.F. with handcuffs and chains all the time. "By Mistake".

**c-** The plaintiff was not allowed to make any phone calls since he was arrested on September 25, 2006, to November 9, 2006. It is 45 days difference. The plaintiff impel to hunger strike for 13 days to protest and get someone to investigat, why he is not allow to make any phone call, "This is Violation of his Fifth Amendment.

**d-** The plaintiff was reclassification Three time causless, because he was moved from Jail to another Jail to another Jail by **Mistake!**

**e-** The plaintiff lost his property, (Books, Clothes, and Commissary), just because he was moved by mistake.

**FACTS:**

On March 26, 2006. While I was detained in Correctional Treatment Facility CCA/CTF, at 3:00 AM, the unit officer(Unit E1/A), told me to be ready for federal move to the FDC, I asked the officer, why I am going to move to the FDC if I still waiting for my trial? The officer was have no answer for me. I asked him about my property and my legal papers, he said that all what I can take with me is my legal papers only.

I left all my property and I took only my file jacket which contain my legal papers and a very important evidence and informations for

my case. They took me from CCA/CTF to D.C. Jail, at 10:00 AM, in R&D at D.C. Jail, two U.S. Marshals Service told me that I cannot take this file jacket with me "This is trash". I tried to explain the U.S. Marshals that, my legal papers is not trash, and I need it because my case still open, and I am waiting for my trial and I have a very serious evidence and informations in this legal papers. I also tried to explain the U.S. Marshals that, I was not informed before this move, and no body gave me the form "**Inmate Personal property-BP-A383-058 September 2005-DFRM**", to make sure that my property and my legal papers will be mailed to the other Facility. However, the U.S. Marshals did not allowed me to retain my legal papers and they forced me to leave it.

I wrote one of my friend's address on the file jacket and I asked the officer in the R&D to mailed to my friend.

In the same day, March 26, 2007 they took me to FDC Pheladelphia, in the R&D at Pheladelphia, the officer told me that, I am going to MCC/New York, and if I do not have any case in New York I will be deported to my country.

In the same day, March 26, 2007, at 10:00 PM I went on hunger strike for Four days, to get someone to investigate my case and why I will be deported to my country without I go to trial for my case.

During my hunger strike, the individuals at FDC Pheladelphia called around and they found out that ther is a **Mistake**.

On March 31, 2007, Two officers from FDC Pheladelphia took me alone in the Van to MCC/New York. In MCC/New York, I did not stayed more then **30 Minutes**.

The individuals at MCC/New York, did not do any procedure to me, they did not took my fingerprint or took a picture for me, and no Doctor check up on me, no body asked me any question in the R&D at MCC/New York, and they **Refused** to receipt me, and they said that I

(4)

have nothing to do in MCC/New York.

Immediately, they sent me back to FDC Pheladelphia. On April 4, 2007 Two U.S. Marshals came to FDC Pheladelphia and took me back to the District of Columbia, "D.C. Jail".

In D.C. Jail, I called my friend and I asked him about my legal papers if he had recive it or not, my friend said that he had not recived any mail for me .

On the time between April 7, 2007 to May 22, 2007, I wrote too many inmate requests and grievances in D.C. Jail, to found out what happened to my lega papers and my property, but no responce.

I wrote and I spoke with the fallow individuals in D.C. Jail:

1.) I spoke with the **casemanager (Unit Nourth 3)**, and I sent for him more then request, but no answer.

2.) I spoke with the **casemanager (Unit Nourth 2)**, and I sent for him more then request, but no answer.

3.) I spoke with the **casemanager (Unit South East 2)**, and I sent for him more then request, but no answer.

4.) I spoke with **Lt. Henry**, but he did nothing to help me.

5.) I spoke with the **superviser casemanager Ms. Robinson** and I sent for her more then inmate requests, but no answer.

6.) I spoke with the **cheif casemanager Ms. Brown**, and I sent for her more then request, but no answer.

7.) I wrote 3 **inmate grievances**, and I snet with each grievance a copy of my complaint, but no answer.

8.) Lt. Bishop came to my cell No. 74 in unit South East 2, and asked me about my problem and he took a copy of my complaint, but he did not answer me back.

9.) On the beginning of May 2007, the **Warden** came to my cell No. 74 in unit South East 2, and he spoke with me about my complaint, and he took a copy of my complaint, but he did nothing to help me to found

out where is my legal papers .

On may 23, 2007 the Court moved me from D.C. Jail to Correctional Treatment Facility CCA/CTF.  In CCA/CTF I spoke with the casemanager **Ms. Griffin**, and I sent for her more then request, but no answer.

On June 8, 2007 I wrote grievance asked where my legal papers.

On June 20, 2007 I recived the responce for this grievance and it was that; **All my property and my legal papers were DESTRYED!**

On June 20, 2007 I wrote another grievance to get someone to investigat what happened to my legal papers and my **evidence**, but no responce.

On the end of June 2007, I sent copy of my complaint to the **Mayor of the District of Columbia**, asking help to found out what happened to my legal papers. Unfortunately, I did not recive any responce from the Mayor's office.

Because the "Officials" at D.C. Jail and CCA/CTF, ignored me and my complaint, and because my legal papers and my **evidence were DESTROYED** and my mail was not protected, and because I was not able to defend my self, and because I was not able to make any phone call, and because they **denying my legal access to Court**, and because the suffer and the pain during transported me from Jail to another by **mistake**, and because I was reclassification 3 time for the same mistake, and because I do not know what to do to get my legal papers back because of all that **I refuge to the Court**, and I file Civil Action Complaint against D.C. Jail, U.S. Marshals Service, and CCA/CTF.

I did not file my Civil Action Complaint because I am looking for the money or for the Recompense.  No, I did not want this money or this Recompense, all what I want that the Court to protect me and my Right and to inform the Court that my legal papers and my evidence are very important for my case, and because my legal papers and my evidence were **Destroyed** because of moving me by mistake, I could not defend my self or prove that I am innocent, and that is why I was found guilty.

I do not think that any one will be happy when I lose my **only child I have,** and be in Jail even I am innocent, and after Jail I will be deported to my country, and in my country I will face the death just because I do not understand the legal system in the United States of America, and because I cannot offer an attoreny, and because my English is not good enophe.

I am not a Criminal, I did not kill no body, I did not steal money, I did not sale drugs or guns, I am not enamy of the United States I love the United States of America, and I love the American people, and I trust the **Justice** in the United States of America.

**Wherefor,** I respectfully request that the Court to protect my Rights as a foreign who did not know the legal system in the United States, and to deny the defendant's motion to dismiss this Complaint.

Respectfully Submitted

Khaled M. Rashad Shabban
Reg. No. 64104-053
Mashannon Valley Correction Center
555 I Cornell Drive
Philipsburg, PA 16866

April 21, 2008

CRICF:
Grievance No.: 853

Form 14-5A - For Official Use Only

Name, Nombre (Print): Rashad  Kha'ed  M.
                     Last Name   First   Middle Initial

Number (Numero): 312227    Housing Assignment (Alojamiento de Asignacion): D4-A

INFORMAL RESOLUTION ATTEMPTED?  Yes _____  No (circled)      JUN 8 PM 1:00
(LA RESOLUCION INFORMAL INTENTO?) SI _____  No _____
NAME OF STAFF CONTACTED (NOMBRE DE PERSONAL SE PUSO EN COTACTO) ✓

**STATE GRIEVANCE:**
I need someone to investigate where my legal pepers and my property (canteen, Books, clothes etc.) That because they moved me to New York on march, 26-201 by mistake. (I have some evidence for my case with my legal per...

Inmate/Resident's Signature: [signature]
Date Submitted: 6/8/7

**Grievance Officer's Response:**
Property Officer L. Brown states that he does not have any property belonging to inmate Rashad. Inmate Rashad left this facility on 3/22/07. He returned to this facility on 5/23/07. All property is destroyed after it has not been picked up by who ever the inmate designate to do so. Grievance Denied. CCA/CIT has no pupay
                                                S/ Allen
                                                Transferred

Grievance Officer's Signature: _____    Date: 6/15/07
Inmate/Resident's Signature (upon receipt): [signature]  Date: 6/15/07
Firma de Presidiario/Residente (sobre recibo)   Fecha: 6/15/07
APPEAL (PETICION): Yes SI ___ No ___    C. Bent 6/19/07
STATE REASON (S) FOR APPEAL (RAZONES TATAL DE PETICIO): _____

**WARDEN/ADMINISTRATOR'S RESPONSE:**

Warden/Administrator's Signature: _____    Date: _____
Inmate/Resident's Signature (upon receipt): _____   Date: _____
Firma de Presidiario/Residente (sobre recibo)   Fecha: _____

BP-8.052 **ADMINISTRATIVE DETENTION ORDER** CDFRM
MAY 94
**U.S. DEPARTMENT OF JUSTICE**                           **FEDERAL BUREAU OF PRISONS**

_____

J. of D

TO: Special Housing Unit Officer                    FDC PHILADELPHIA
                                                    Institution
FROM: D. SEYMOUR/LIEUTENANT                         Date/Time: 03/27/07 12:30 AM
_____, (Name/Title)

SUBJECT: Placement OF Rashad, Khaled NO. 64104-053 Administrative Detention

_____ (a) Is pending a hearing for a violation of Bureau regulations;
_____ (b) Is pending investigation of a violation of Bureau regulations;
_____ (c) Is pending investigation or trial for a criminal act;
_____ (d) Is to be admitted to Administrative Detention

_____ (1) Since the inmate has requested admission for protection;

I hereby request placement in Administrative Detention for my own protection.

Inmate Signature/Register No.: _____

Staff Witness Printed Name Signature: _____

_____ (2)  Since a serious threat exists to individual's safety as perceived by staff,
            although person has not requested admission; referral of the necessary information
            will be forwarded to the UDC/DHO for appropriate hearing.

_____ (e) Is pending transfer or is in holdover status during transfer.
_____ (f) Is pending classification; or Review
_____ (g) Is terminating confinement in Disciplinary Segregation and has been ordered into
Administrative Detention by the Warden's designee.

It is this officer's decision based on all the circumstances that the above named inmate's continued
presence in the general population poses a serious threat to life, property, self, staff, other
inmates, or to the security or orderly running of the institution because*

YOU ARE BEING PLACED IN ADMINISTRATIVE DETENTION FOR DECLARING A HUNGER STRIKE. YOUR FOOD/LIQUID
WILL BE MONITORED.
Therefore, the above named inmate is to be placed in Administrative Detention until further Notice.
The inmate received a copy of this Order on (date/time) 03/27/07 5:00 A.M.
Staff Witness Signature/Printed Name A. Fields /A. FIELDS Date 03/27/07

*In the case, reference to that order is sufficient. In other cases, the officer will make an
independent review and decision, which is documented here.

Record Copy - Inmate Concerned (not necessary if placement is a result of holdover status); Copy -
Captain; Copy - Unit Manager; Copy - Operation Supervisor - Administrative Detention Unit; Copy -
Central File

(This form may be replicated via WP)
                                                    Replaces BP-308(52) of JAN 88