## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHALED M. RASHAD, )<br><br>Plaintiff, )<br><br>v. )<br><br>DISTRICT OF COLUMBIA, et al., )<br><br>Defendants. )<br>_____) | Civil Action No. 07 CV 01673 RMC |

## NOTICE OF SUBSTITUTION OF COUNSEL

Will the Clerk of the Court please withdraw the appearance of Assistant Attorney General Kerslyn D. Featherstone as attorney for the District of Columbia, and enter the appearance of Assistant Attorney General Nicholas Coates as attorney for the District of Columbia.

Dated:  July 22, 2008.                          Respectfully submitted,

PETER J. NICKLES
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

*/s/ Toni Michelle Jackson*
TONI MICHELLE JACKSON [453765]
Chief, General Litigation Section III

*/s/ Nicholas Coates*
NICHOLAS COATES[1]
Assistant Attorney General
441 Fourth Street, N.W., 6th Floor
Washington, D.C. 20001
(202) 724- 6644 (office)
(202) 741-0578 (fax)
Email:  Nicholas.Coates@dc.gov

---

[1] Appearance entered under D.C. App. 49 (c)(4).

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2008, I filed the foregoing NOTICE OF SUBSTITUTION OF COUNSEL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Wyneva Johnson
*Counsel for the U.S. Marshal Service*

and a copy was mailed first class, postage prepaid to:

Warren C. Hester, II
43604
Mount Olive Correctional Complex
One Mountainside Way
Mount Olive, WV 25185

*/s/ Nicholas Coates*
NICHOLAS COATES
Assistant Attorney General