UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KHALED M. RASHAD, :
:
        Plaintiff, :
:
v. : Civil Action No. 07-1673 (RMC)
:
D.C. CENTRAL DETENTION :
FACILITY, *et al.*, :
:
        Defendants. :

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the District of Columbia's motion to dismiss the complaint [Dkt. #23] is DENIED as moot and that its motion for summary judgment [Dkt. #23] is GRANTED. JUDGMENT shall be entered for defendant District of Columbia. It is

FURTHER ORDERED the United States Marshals Service's motion to dismiss for lack of subject matter jurisdiction [Dkt. #13] is GRANTED. This matter is DISMISSED without prejudice as to the United States Marshals Service.

This is a final appealable Order. *See* Fed. R. App. P. 4(a). The case is closed.

SO ORDERED.

/s/ Rosemary M. Collyer
ROSEMARY M. COLLYER
United States District Judge

Date: 7 August 2008